IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RRI ASSOCIATES LLC, and WB-US, ENTERPRISES, LLC., | § § § | No. 316, 2023 |
| Defendants Below, Appellants, | § § | |
| v. | § § | Court Below:  Court of Chancery of the State of Delaware |
| HUNTINGTON WAY ASSOCIATES, LLC, as successor in interest to WHIPPOORWILL FARM ASSOCIATES, LLC, f/k/a KINGFISH RRI, LLC, individually and derivatively on behalf of WRRH, LLC, | § § § § § § § § | C.A. No. 2022-0761 |
| Plaintiff Below, Appellee, | § § | |
| v. | § § | |
| WRRH, LLC, | § § | |
| Nominal Party. | § | |

Submitted:  March 13, 2024
Decided:  March 27, 2024

Before **VALIHURA**, **LEGROW** and **GRIFFITHS**, Justices.

## **O R D E R**

Now this 27th day of March 2024, the Court having considered this matter on the briefs and the oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Letter Opinion dated June 30, 2023, its Order Granting Plaintiff's Motion for Summary Judgment to Confirm AAA Arbitration Award dated July 5, 2023 and its Final Order and Judgment dated August 3, 2023;

NOW THEREFORE, IT IS ORDERED that the decisions of the Court of Chancery be and the same here by are AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice